# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **MICHAEL CHRISTOPHER MELENDEZ** | **DOCKET NUMBER:** 6:16-mj-065-MJS |

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Michael Christopher MELENDEZ, did:

**Count 1:** Fail to comply with the directions of a traffic control device, in violation of Title 36 Code of Federal Regulations § 4.12
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Drive with a suspended license and with knowledge of the suspension, in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 14601.1(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On August 20, 2016, at approximately 1500 hours, in Yosemite National Park, ranger Davenport was on bicycle patrol on Southside Drive west of Sentinel Beach when he observed a vehicle driving eastbound in the right (southern) lane. The right lane was limited to all non-commercial or non-emergency vehicles. This limitation was posted with stationary road signs and variable message boards.

Ranger Davenport stopped the vehicle and identified the drive as Michael Christopher MELENDEZ. MELENDEZ stated he had a valid license, but had recently lost it when his wallet was stolen. Ranger Davenport checked with Yosemite Dispatch who stated that MELENDEZ' license was suspended. MELENDEZ' driving history shows his license was suspended effective August 1, 2012 and verbal notice of the suspension was given to MELENDEZ in court.

Speedy Trial Act Applies: **No**               U.S. v. Michael Christopher Melendez
                                                Criminal Complaint

MELENDEZ was placed under arrest and transported to the Yosemite Holding Facility.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

____8/23/2016____  
Date

Matthew McNease  
Acting Legal Officer  
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

____8/23/16____  
Date

Honorable Michael J. Seng  
U. S. Magistrate Judge  
Eastern District of California