1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   JEROME PRICE, SBN # 282400
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: (916) 498-5700
5   Fax: (916) 498-5710

6   Attorneys for Defendant
    MICHAEL MELENDEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  6:16-mj-00065-JDP
                                     )
12          Plaintiff,               )  **MOTION TO VACATE JANUARY 15, 2019**
                                     )  **REVIEW HEARING; ORDER**
13  vs.                              )
                                     )
14  MICHAEL MELENDEZ,                )  Judge: Hon. Jeremy D. Peterson
                                     )
15          Defendant.               )
                                     )
16  _____ )

17          Defendant Michael Melendez hereby requests that the Court vacate the January 15, 2019

18  review hearing.  The Government is in agreement with the request.

19          On August 24, 2016, Mr. Melendez pleaded guilty to Count 2 of the Criminal Complaint.

20  The government dismissed Count 1.  The Court sentenced Mr. Melendez to 24 months of

21  unsupervised probation with the conditions that he obey all laws, pay the $10 penalty

22  assessment, report all law enforcement contact within 7 days, pay off state fines, and obtain his

23  driver's license within the first 12 months.  At a review hearing on June 19, 2018, the Court

24  extended Mr. Melendez's probation to February 18, 2019, to allow him time to obtain his license

25  by December 19, 2018.

26          Mr. Melendez reports that he has obtained a driver license as of December 7, 2018.  The

27  government has confirmed that he has a valid driver license.  Mr. Melendez has been compliant

28

                                      -1-

1  in all other aspects of his probation.

2  The parties agree that Mr. Melendez is in compliance with the terms of his probation.

3  Accordingly, the parties request that the Court vacate the September 19, 2018 review hearing.

4

5                                          Respectfully submitted,

6                                          HEATHER E. WILLIAMS
                                           Federal Defender
7

8  Date: January 12, 2019               /s/  Jerome Price
                                           JEROME PRICE
9                                          Assistant Federal Defender
                                           Attorneys for Defendant
10                                         MICHAEL MELENDEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                       <u>ORDER</u>

2          The court grants the defendant's motion to vacate review hearing.  Accordingly, the

3    January 15, 2019 hearing for Michael Melendez, Case No. 6:16-mj- 00065-JDP, is hereby

4    vacated.

5

6

7    IT IS SO ORDERED.

8    Dated:    <u>January 14, 2019</u>

9                               UNITED STATES MAGISTRATE JUDGE